THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FRONTIER STAR, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>No. 2:15-bk-09383- EPB<br><br>**MOTION FOR JOINT ADMINISTRATION OF PENDING BANKRUPTCY CASES** |

Debtor, Frontier Star, LLC, hereby moves this Court for an order, pursuant to Fed. R. Bankr. P. 1015(b)(4), authorizing the joint administration of the bankruptcy cases of Frontier Star, LLC, Case No. 2:15-bk-09383, and Frontier Star CJ, LLC, Case No. 2:15-bk-09385, on the following grounds:

**MEMORANDUM**

1.  This Court has jurisdiction over the subject matter of this proceeding and is authorized to grant the relief requested herein pursuant to 28 U.S.C. §§1334 and 157, 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 1015(b)(4).

2. Frontier Star, LLC is a Delaware limited liability corporation, whose sole member and manager is Frontier Star 1, LLC.

3. Frontier Star, LLC is authorized to transact business in Arizona.

4. Frontier Star CJ, LLC is a Delaware limited liability company, whose sole member and manager is Frontier Star 1, LLC.

5. Frontier Star CJ, LLC is authorized to transact business in Arizona.

6. Frontier Star, LLC filed its voluntary Chapter 11 petition on July 27, 2015, and was assigned to the Honorable Eddward P. Ballinger, Case No. 2:15-bk-09383.

7. Frontier Star CJ, LLC filed its voluntary Chapter 11 petition on July 27, 2015, and was assigned to the Honorable Eddward P. Ballinger, Case No. 2:15-bk-09385.

8. For purposes of Fed. R. Bankr. P. 1015(b)(4), an affiliate includes any entity that has a close relationship with the debtor. *In re H & S Transp. Co., Inc.*, 55 B.R. 786, 791 (Bankr. M.D. Tenn. 1982) (Chapter 11 debtor corporations were "affiliates" warranting joint administration of their estates, where one individual owned 100% of one debtor and was 50% shareholder in other debtors). This broad definition of an affiliate is designed to help a bankruptcy court to administer economically and efficiently different estates with substantial interests in common. *Id.*

9. Both Debtors share the identical sole member and manager. Therefore, The Chapter 11 Plan of Reorganization will be almost identical for each Debtor.

10. Joint administration will ease the procedural burden on the Court and the parties. Joint administration will allow the Clerk of the Court to utilize a single general docket for these cases and to combine certain notices to creditors of the Debtors' respective estates and other parties in interest. The creditors in either case will not have their claims affected by joint administration and the parties will be able to avoid the expense of having motions, hearings, and orders in these cases occur on different dates and times.

Case 2:15-bk-09383-EPB    Doc 5    Filed 07/28/15    Entered 07/28/15 13:07:52    Desc
7527377_1                    Main Document         Page 2 of 4

11. The Debtor moves that the two cases be jointly administered for procedural purposes to the following extent:

  a. One docket shall be maintained for the Debtors' cases, under case number 2:15-bk-09383;

  b. All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under the case number of 2:15-bk-09383;

  c. The U.S. Trustee shall still be entitled to treat the two estates as two separate estates for purposes of reporting and statutory fees.

  d. Proof of claims filed by creditors of any Debtor entity shall reflect the style and case number of the Debtor entity to which the claim relates and in whose case such claim is to be filed; and

  e. Separate claim registers shall be maintained for each case.

WHEREFORE, the Debtor moves this Court for an Order authorizing the joint administration of Frontier Star CJ, LLC with Frontier Star, LLC, and for such other relief as this Court deems proper.

DATED this 28th day of July, 2015.

        THE CAVANAGH LAW FIRM, P.A.

        By /s/ Philip G. Mitchell
        Philip G. Mitchell
        Julie A. Pace
        1850 North Central Avenue, Suite 2400
        Phoenix, Arizona 85004
        Attorneys for Debtors

THE CAVANAGH LAW FIRM, P.A.
LAW OFFICES
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

COPY of the foregoing mailed
this 28th day of July, 2015, to:

Larry Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix AZ 85003-1706

By: /s/ Felicia Kaufer