THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FRONTIER STAR, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>No. 2:15-bk-09383- EPB<br><br>**NOTICE OF FILING OF MOTION FOR JOINT ADMINISTRATION OF PENDING BANKRUPTCY CASES AND OF BAR DATE FOR RESPONSES OR OBJECTIONS THERETO** |

NOTICE IS HEREBY GIVEN that Debtor has filed herein its *Motion for Joint Administration of Pending Bankruptcy Cases* (the "Motion") pursuant to 28 U.S.C. §§ 1334 and 157, 11 U.S.C. § 105(a) and Fed.R.Bankr.P. 1015(b)(4), seeking the Court's Order for Joint Administration of Pending Bankruptcy Cases of Frontier Star, LLC, Case No. 2:15-bk-09383, and Frontier Star CJ, LLC, Case No. 2:15-bk-09385.

The original Motion is on file with the Clerk of the Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, AZ 85003-1706 under the above case caption and is available for public inspection during the regular office hours of the Office of the Clerk.

Alternatively, a copy of the Motion may be obtained by the attorneys for the Debtor, whose names and address are shown above.

**NOTICE IS HEREBY FURTHER GIVEN THAT if you have any response or objection to the relief sought in the Debtor's Motion you must file your response or objection in writing under the above case caption with the Clerk of the U.S. Bankruptcy Court, 230 North 1st Avenue, Suite 101, Phoenix, AZ 85003-1706 and you must simultaneously serve your response or objection on the attorneys for the Bank, whose names and address are shown above. FAILURE TO FILE AND SERVE YOUR RESPONSE OR OBJECTION WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS NOTICE MAY RESULT IN THE COURT GRANTING THE RELIEF PRAYED FOR IN THE DEBTOR'S MOTION WITHOUT CONSIDERATION OF YOUR RESPONSE OR OBJECTION.**

DATED this 28th day of July, 2015.

THE CAVANAGH LAW FIRM, P.A.

By _____
Philip G. Mitchell
Julie A. Pace
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
Attorneys for Debtors

COPY of the foregoing mailed
this 28th day of July, 2015, to:

Larry Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix AZ 85003-1706

By: _Felicia Kaufman_