THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 11 |
|---|---|
| FRONTIER STAR, LLC, | No. 2:15-bk-09383- EPB |
| Debtor. | **APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(A) AND 329 AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE CAVANAGH LAW FIRM AS ATTORNEYS FOR DEBTOR** |

Frontier Star, LLC, a Delaware limited liability company, debtor and debtor-in-possession in the above-captioned case ("Star" or the "Debtor") hereby moves this Court for entry of an administrative order authorizing the Debtor to employ and retain The Cavanagh Law Firm, P.A. ("Cavanagh") as attorneys for the Debtor. In support of this Application, the Debtor relies upon the *Affidavit and Statement of Philip G. Mitchell Pursuant to Rules 2014 and 2016*, and respectfully represents as follows:

## BACKGROUND

1. On July 27, 2015, the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Code (the "Bankruptcy Code"). Since the commencement of its Chapter 11 case, Star continues to operate its business and manage its assets as debtor and debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are Sections 105 and 327 of the Bankruptcy Code.

3. By this Application, the Debtor seeks to employ and retain Cavanagh as its bankruptcy counsel with regard to the filing of the Chapter 11 petition and prosecution of its Chapter 11 case. Accordingly, the Debtor respectfully requests entry of an order pursuant to Sections 327(a) and 329 of the Bankruptcy Code authorizing the Debtor to employ and retain Cavanagh as its attorneys under a general retainer to perform the legal services that will be necessary during their Chapter 11 case.

4. The Debtor has selected The Cavanagh Law Firm, P.A. because of its experience and knowledge in representing debtors-in-possession in business reorganizations under Chapter 11 of the Bankruptcy Code.

5. Cavanagh will be required to render, among others, the following services to the Debtor:

   a. Advise the debtor with respect to its powers and duties as a debtor-in-possession in the continued management and operation of its business;

   b. Attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of the cases, including all of the legal and administrative requirements of operating in Chapter 11;

c. Take all necessary action to protect and preserve Star's estate, including the prosecution of actions on their behalf, the defense of any actions commenced against them, negotiations concerning all litigation in which the Companies are involved and objections to claims filed against the estates;

d. Prepare on behalf of Star all motions, applications, answers, orders, reports and papers necessary for the administration of its estate;

e. Negotiate and prepare on Star's behalf a plan of reorganization, disclosure statement and all related agreements and/or documents and take any necessary action on behalf of Star to obtain confirmation of such plan;

f. Advise Star in connection with the sale of assets;

g. Appear before this Court and the U.S. Trustee and protect the interests of Star's estate before such courts and the U.S. Trustee; and

h. Perform all other necessary legal services and provide all other necessary legal advice to Star in connection with this Chapter 11 case.

## DISINTERESTEDNESS OF PROFESSIONALS

6. To the best of Star's knowledge, the members of Cavanagh do not have any connection with Star or its affiliates, creditors, or any other party in interest, or its respective attorneys and accountants and are "disinterested persons" as that term is defined by Section 101(14) of the Bankruptcy Code, and do not hold or represent any interest adverse to the estate. Cavanagh provides legal services only to Star and some of its affiliates.

## PROFESSIONAL COMPENSATION

7. Cavanagh will send Star monthly invoices for services rendered and charges and disbursements incurred. During the course of this case, the invoices constitute a

the invoices constitute a request for interim payments against the total reasonable fees and reimbursable expenses to be determined at the conclusion of the Chapter 11 case.

8. For professional services, Cavanagh's fees are based on its customary hourly rates. Presently, the hourly rates for Cavanagh professionals and para-professionals are $110 for legal assistants and $295 to $425 for attorney members.

9. Cavanagh intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in this Chapter 11 case in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and orders of this Court. Cavanagh will seek compensation for the services of each attorney and para-professional acting on behalf of Star at the then-current rate charged for such services on a non-bankruptcy matter.

**WHEREFORE**, the Debtor requests that this Court enter an order granting the relief requested herein.

DATED this 29th day of July, 2015.

THE CAVANAGH LAW FIRM, P.A.

By _____
Philip G. Mitchell
Julie A. Pace
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
Proposed Attorneys for Debtors

COPY of the foregoing mailed this 29th day of July, 2015, to:

Larry Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix AZ 85003-1706

By: _____