THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FRONTIER STAR, LLC,<br><br>　　　　　　　　Debtor. | In Proceedings Under<br>Chapter 11<br><br>No. 2:15-bk-09383- EPB<br><br>**AFFIDAVIT AND STATEMENT OF PHILIP G. MITCHELL PURSUANT TO RULES 2014 AND 2016 IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE CAVANAGH LAW FIRM AS ATTORNEYS FOR DEBTOR** |

STATE OF ARIZONA　)
　　　　　　　　　　) ss.
County of Maricopa　　)

　　　PHILIP G. MITCHELL, being duly sworn, deposes and says:

　　　1.　　I am an equity partner of The Cavanagh Law Firm, P.A. and a member in good standing with the State Bar of Arizona. I submit this Affidavit pursuant to 11 U.S.C. §§ 327 and 329 and Fed.R.Bankr. 2014 and 2016 in support of the *Application for Order Authorizing the Employment and Retention of The Cavanagh Law Firm As Attorneys for*

*the Debtor* (the "Application") filed contemporaneously herewith.

2. I have over 30 years experience in reorganization cases, including representation of debtors, creditors, trustees, and creditors and equity holders committees. Additionally, I have served as a court-appointed examiner.

3. Debtor has requested The Cavanagh Law Firm, P.A. ("Cavanagh") render the following services in connection with this case:

   a. advise the Debtor with respect to its powers and duties as a debtor-in-possession in the continued management and operation of its business;
   b. attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of the cases, including all of the legal and administrative requirements of operating in Chapter 11;
   c. take all necessary action to protect and preserve Star's estate, including the prosecution of actions on their behalf, the defense of any actions commenced against them, negotiations concerning all litigation in which the Companies are involved and objections to claims filed against the estates;
   d. prepare on behalf of Star all motions, applications, answers, orders, reports and papers necessary for the administration of its estate;
   e. negotiate and prepare on Star's behalf a plan of reorganization, disclosure statement and all related agreements and/or documents and take any necessary action on behalf of Star to obtain confirmation of such plan;
   f. advise Star in connection with the sale of assets;
   g. appear before this Court and the U.S. Trustee and protect the interests of Star's estate before such courts and the U.S. Trustee; and

h. perform all other necessary legal services and provide all other necessary legal advice to Star in connection with this Chapter 11 case.

4. Neither I nor any member of Cavanagh has previously represented Star in connection with any matter other than this Chapter 11 bankruptcy proceeding. Cavanagh has, and continues to represent related and affiliated entities in tax and labor matters.

5. To the best of my knowledge, neither I nor any member of Cavanagh has undertaken any representation that is materially adverse to the interests of Star, its affiliates and subsidiaries, and therefore believe this firm is "disinterested" as that term is used for purposes of acting as attorneys for Star as set forth more fully in the Application for Employment.

6. To the best of my knowledge, neither I nor any member of Star is or was a creditor, equity security holder or insider of the Debtor.

7. To the best of my knowledge, neither I nor any member of Cavanagh is or was an investment banker for any outstanding security of the Debtor.

8. To the best of my knowledge, neither I nor any member of Cavanagh is or was a director, officer or employee of the Debtor.

9. To the best of my knowledge, The Cavanagh Law Firm does not have an interest materially adverse to the interest of the estate or of any class of creditor or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor or an investment banker, or for any other reason.

10. In view of the foregoing, The Cavanagh Law Firm, P.A. is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

11. My firm charges on an hourly basis. The standard hourly rates charged by members of my firm range from $210 - $450 for partners, $110 - $295 for associates, and $75 - $110 for paralegals. My hourly rate is $425. These rates are subject to change from time to time, but generally not more than once a year.

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

12. I anticipate that all members of the firm will be available to provide services as required as attorneys for the Debtors.

13. I have not entered into any agreement to share compensation that may be awarded in this case and will not enter into any such agreements consistent with Rule 2016 of the Federal Rules of Bankruptcy Procedure, 11 U.S.C. § 504 and 18 U.S.C. § 155. Cavanagh bills monthly. My firm currently holds a retainer in this matter of $150,341.05. Since Star has no income or revenue of its own, this retainer was provided by Star's parent company which holds 100% of the equity in Star.

I declare under penalty of perjury that the above statements are true and that if called as a witness I would testify to their truthfulness.

DATED this 29th day of July, 2015.

_____
Philip G. Mitchell

SUBSCRIBED AND SWORN TO before me this 29th day of July, 2015, by Philip G. Mitchell.

My Commission Expires:

_____
NOTARY PUBLIC

FELICIA KAUFMAN
Notary Public—Arizona
Maricopa County
Expires on 03/31/2016

COPY of the foregoing mailed this 29th day of July, 2015, to:

Larry Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix AZ 85003-1706

By: /s/ Felicia Kaufman