**Quarles & Brady LLP**
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for Western Alliance Bank

W. Scott Jenkins, Jr., Esq. (#021841)
scott.jenkins@quarles.com
Alissa A. Brice, Esq. (#027949)
alissa.brice@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FRONTIER STAR, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-09383-EPB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

QUARLES & BRADY LLP, as attorneys for WESTERN ALLIANCE BANK, hereby notices its appearance and requests that it receive notice of all proceedings in the above-captioned Chapter 11 case, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following names be added to the master mailing list:

> W. Scott Jenkins, Jr., Esq.
> Alissa A. Brice, Esq.
> Quarles & Brady LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, AZ 85004-2391
> Phone: (602) 229-5200
> Fax: (602) 229-5690
> Email: scott.jenkins@quarles.com
> Email: alissa.brice@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of Western Alliance Bank's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a <u>de novo</u> review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Western Alliance Bank without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in this matter.

DATED this 30th day of July, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391


By /s/ Alissa A. Brice
   W. Scott Jenkins, Jr.
   Alissa A. Brice

Attorneys for Western Alliance Bank

COPIES of the foregoing sent
via e-mail this 30th day of
July, 2015, to:

Philip G. Mitchell
The Cavanaugh Law Firm
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004
Email: Philip.Mitchell@azbar.org
Attorney for Debtors

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov


/s/ Denise M. Cockrell_____