# UNITED STATES BANKRUPTCY COURT

## ARIZONA

In re **Frontier Star, LLC**                ,
  *Debtor*

Case No. **2:15-bk-09383-EPB**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 71,911,119.58 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 25,975,821.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,359,842.16 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 71,911,119.58 | $ 27,335,663.71 | |

In re <u>Frontier Star, LLC,</u>                                    Case No.    <u>2:15-bk-09383-EPB</u>
              **Debtor**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

In re __Frontier Star, LLC,_____   Case No. __2:15-bk-09383-EPB__
                        Debtor                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re  <u>Frontier Star, LLC,</u>                                      Case No.   <u>2:15-bk-09383-EPB</u>
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | $71,911,119.58 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

In re **Frontier Star, LLC,**
_____
                    **Debtor**

Case No.   **2:15-bk-09383-EPB**
_____
                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>2</u> continuation sheets attached    Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$71,911,119.58

In re __Frontier Star, LLC,__             Case No. __2:15-bk-09383-EPB__
            __Debtor__                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

* Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **Frontier Star, LLC** _____ , Case No. **2:15-bk-09383-EPB** _____

Debtor        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Alliance Bank of Arizona c/o Scott Jenkins Quarles & Brady 2 N Central Ave Phoenix, AZ 85004** | X | | **10/06/2013 All Assets General Business Security** <br><br> VALUE $**$71,911,119.58** | | | | **$25,612,192.75** | **$0.00** |
| ACCOUNT NO. **MBM 2641 Meadowbrook Rd Rocky Mount, NC 27802** | X | | **Purchase-Money Security Interest** <br><br> **Deliverables - Food** <br><br> VALUE $ **$364,000.00** | | | | **$363,628.80** | **$0.00** |
| | | | | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ **25,975,821.55** | $ **0.00** |
| Total ▶ (Use only on last page) | $ **25,975,821.55** | $ **0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Frontier Star, LLC**_____,  Case No. **2:15-bk-09383-EPB**_____
_____
Debtor                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**[X]**  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ]  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ]  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ]  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

In re **Frontier Star, LLC** _____ ,    Case No. **2:15-bk-09383-EPB**
_____Debtor_____                              _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **7703 Atlantic LLC** <br> **7703 Atlantic Ave Ste O** <br> **Cudahy, CA 90210** | | | 07/01/2015 <br><br> **Rent** | | | | **$8,327.92** |
| **ACCOUNT NO.** <br><br> **Adams Ventures, LLC** <br> **c/o Huntleigh Development** <br> **101 Linden St** <br> **Oakland, CA 94607** | | | 07/01/2015 <br><br> **Rent** | | | | **$12,750.00** |
| **ACCOUNT NO.** <br><br> **Antoinette M. Blackstock** <br> **15561 Benedict Lane** <br> **Los Gatos, CA 95032** | | | 07/01/2015 <br><br> **Rent** | | | | |
| | | | Subtotal▶ | | | | $ **21,077.92** |

**14** continuation sheets attached

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical

In re Frontier Star, LLC _____,   Case No. 2:15-bk-09383-EPB
         **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Aras Capital Co.**<br>**c/o Parivash Mazhari**<br>**103 Avalon Court**<br>**Canton, GA 30115** | | | **07/01/2015**<br><br>**Rent** | | | | |
| **ACCOUNT NO.**<br><br>**Artemio and Flora Puedan**<br>**2124 Alexander Dr**<br>**Escondido, CA 92025** | | | **07/01/2015**<br><br>**Rent** | | | | |
| **ACCOUNT NO.**<br><br>**Catherine T. Faraone**<br>**Separate Property Trust**<br>**1 N. Altura Rd.**<br>**Arcadia, CA 91007** | | | **07/01/2015**<br><br>**Rent** | | | | |

Additional Contacts for Catherine T. Faraone Separate Property Trust:

**Anthony Perricone**
**Separate Property Trust**
**5625 Shasta Daisy Trl**
**San Diego, CA 92130**

**Linda Renfroe Family**
**Trust**
**58 Via Santa Maria**
**San Clemente, CA 92672**

Sheet no. __1__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 0.00

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Frontier Star, LLC</u>_____,     Case No. <u>2:15-bk-09383-EPB</u>_____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Chen Ying Lee<br>759 Shelby Rd<br>Kevil, KY 42053 | | | 07/01/2015<br><br>Rent | | | | $39,800.00 |
| **ACCOUNT NO.**<br><br>CKE<br>Hardee's Restaurants, LLC<br>Department #0779<br>Los Angeles, CA 63102 | | | 07/01/2015<br><br>Rent | | | | $984,687.30 |
| **ACCOUNT NO.**<br><br>CSC Holdings, LLC<br>c/o Charleen Case<br>Fidelity Investments<br>PO Box 770001<br>Cincinnati, OH 45277-0003 | | | 07/01/2015<br><br>Rent | | | | |
| **ACCOUNT NO.**<br><br>Dennis Borgogno & Lois Borgogno Family Trust<br>1406 Dove Ln<br>Fullerton, CA 92833 | | | 07/01/2015<br><br>Rent | | | | $0.00 |

Sheet no.__2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                          Subtotal▶  $  **1,024,487.30**

                                  Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Frontier Star, LLC
                                    ,          Case No. 2:15-bk-09383-EPB
          **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DMS 2, LLC <br> c/o David M. Stone <br> 6224 W. Desert Inn Rd. <br> Las Vegas, NV 89146 | | | 07/01/2015 <br> Rent | | | | |
| ACCOUNT NO. <br><br> Donald Laier & Garrison Boyce <br> 11111 Biscayne Blvd PH-B <br> Miami, FL 33181 | | | 07/01/2015 <br> Rent | | | | $0.00 |
| ACCOUNT NO. <br><br> Dr. Art Mollen <br> 9455 N 55th St <br> Paradise Valley, AZ 85253 | | | 07/01/2015 <br> Rent | | | | $26,632.17 |
| Additional Contacts for Dr. Art Mollen: <br><br> Parviz Donboli <br> 23233 N Pima Rd #113 <br> Scottsdale, AZ 85255 | | | | | | | |

Sheet no. __3__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **26,632.17**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC** ,                    Case No. **2:15-bk-09383-EPB**
_____                    _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Dr. P.M. Corp** <br>**c/o Parivash Mazhari** <br>**103 Avalon Court** <br>**Canton, GA 30115** | | | 07/01/2015 <br>Rent | | | | |
| **ACCOUNT NO.** <br><br> **Ethan Flint** <br>**2220 State Route 157 Ste 200C** <br>**PO Box 168** <br>**Glen Carbon, IL 62034** | | | 07/01/2015 <br>Rent | | | | $15,200.00 |
| **ACCOUNT NO.** <br><br> **Filipponi Family Limited Partnership** <br>**Filipponi Family Trust** <br>**PO Box 803** <br>**Santa Margarita, CA 93453** | | | 07/01/2015 <br>Rent | | | | $13,916.67 |
| **ACCOUNT NO.** <br><br> **Glenn J. Pratt and Judith K. Pratt** <br>**216 King Daniel Lane** <br>**Goleta, CA 93117** | | | 07/01/2015 <br>Rent | | | | |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **29,116.67**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC** ,     Case No. **2:15-bk-09383-EPB**
     **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HDI Chicago Rest, LLC<br>c/o Huntleigh Development<br>101 Linden St.<br>Oakland, CA 94607 | | | 07/01/2015<br>Rent | | | | $11,667.00 |
| ACCOUNT NO.<br><br>Hendrick Commercial LLC<br>c/o Anne Hendrick<br>PO Box 65<br>Buellton, CA 93427 | | | 07/01/2015<br>Rent | | | | $11,375.00 |
| ACCOUNT NO.<br><br>HRDS Carbondale IL, LLC<br>275 Coleridge St<br>Brooklyn, NY 11235 | | | 07/01/2015<br>Rent | | | | $0.00 |
| ACCOUNT NO.<br><br>HRDS GLENN ELLYN IL LLC<br>275 Coleridge St<br>Brooklyn , NY 11235 | | | 07/01/2015<br>Rent | | | | $0.00 |

Sheet no. **5** of **14** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **23,042.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Frontier Star, LLC</u>                    ,          Case No. <u>2:15-bk-09383-EPB</u>
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **HRDS Lisle IL, LLC** <br>**275 Coleridge St** <br>**Brooklyn , NY 11235** | | | **07/01/2015** <br> **Rent** | | | | $0.00 |
| **ACCOUNT NO.** <br><br> **HRDS Round Lake IL, LLC** <br>**275 Coleridge St** <br>**Brooklyn, NY 11235** | | | **07/01/2015** <br> **Rent** | | | | |
| **ACCOUNT NO.** <br><br> **HRDS Springfield IL, LLC** <br>**275 Coleridge St** <br>**Brooklyn, NY 11235** | | | **07/01/2015** <br> **Rent** | | | | $0.00 |
| **ACCOUNT NO.** <br><br> **HS Orland Hills LLC** <br>**c/o Susan N. Sterns** <br>**150 W End Ave #10C** <br>**New York, NY 10023** | | | **07/01/2015** <br> **Rent** | | | | $0.00 |

Sheet no. **6** of **14** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC**_____,   Case No. **2:15-bk-09383-EPB**_____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ike & Squeaker D. Bootsma Co-Trustees of the Bootsma Living Trust 14560 Schleisman Rd. Corona, CA 92880 | | | 07/01/2015 Rent | | | | $7,976.27 |
| **ACCOUNT NO.** James H. Evans, Trustee 324 La Cresta Heights Rd El Cajon, CA 92021 | | | 07/01/2015 Rent | | | | |
| **ACCOUNT NO.** James Scrima 1657 Hunter Rd. Waukesha, WI 53189 | | | 07/01/2015 Rent | | | | $15,030.40 |
| **ACCOUNT NO.** Josef Mueller PO Box 7103 Mammoth Lakes, CA 95346 | | | 07/01/2015 Rent | | | | $30,633.30 |

Sheet no. **7** of **14** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   **53,639.97**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Frontier Star, LLC</u>                    ,        Case No. <u>2:15-bk-09383-EPB</u>
                  **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jun Wantanabe, Walter Wantanabe & Osamu Wantanabe** <br> **23039 Cerise Ave** <br> **Torrance, CA 90505** | | | **07/01/2015** <br> **Rent** | | | | **$10,333.33** |
| **ACCOUNT NO.** <br><br> **KJG Castle Holdings LLC** <br> **346 N Azusa Ave** <br> **West Covina, CA 91791** | | | **07/01/2015** <br> **Rent** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **KMK Group LLC** <br> **2109 E 27th St** <br> **Vernon, CA 90058** | | | **07/01/2015** <br> **Rent** | | | | **$9,800.00** |
| **ACCOUNT NO.** <br><br> **LPG Grand LLC** <br> **2525 Fairmount St** <br> **Dallas, TX 75201** | | | **07/01/2015** <br> **Rent** | | | | **$9,375.00** |

Sheet no. __**8**__ of __**14**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **29,508.33**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC**_____,  Case No. **2:15-bk-09383-EPB**_____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> McNeil Property No. 3 LLC <br> 14852 S. Sunterra Loop <br> Oregon City, OR 97045 | | | 07/01/2015 <br> Rent | | | | $1,291.66 |
| ACCOUNT NO. <br><br> Nine Crown LLC <br> 4501 Victoria Ct <br> Cypress, CA 90630 | | | 07/01/2015 <br> Rent | | | | $9,916.66 |
| ACCOUNT NO. <br><br> NONSAN LLC <br> 346 N Azusa Ave <br> West Covina, CA 91791 | | | 07/01/2015 <br> Rent | | | | $0.00 |
| ACCOUNT NO. <br><br> Orsovita Inc <br> 38760 Valle Vista <br> Murrieta, CA 92562 | | | 07/01/2015 <br> Rent | | | | $10,000.00 |

Sheet no. __9__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **21,208.32**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Frontier Star, LLC_____ ,    Case No. __2:15-bk-09383-EPB__
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Parviz Donboli** <br>**23233 N Pima Rd #113** <br>**Scottsdale, AZ 85255** | | | **07/01/2015** <br><br>**Rent** | | | | **$13,333.33** |
| **ACCOUNT NO.** <br><br> **Paul T. Herron and Paula R. Herron Trustees of the Herron Family Trust** <br>**1627 Parvenu Lane** <br>**Fallbrook, CA 92028** | | | **07/01/2015** <br><br>**Rent** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Phillips Yee** <br>**PO Box 70** <br>**Pleasanton, CA 94566** | | | **07/01/2015** <br><br>**Rent** | | | | **$11,333.34** |
| **ACCOUNT NO.** <br><br> **Puccinelli Equities of Springfield** <br>**Attn: Rick Pucinelli** <br>**109 Garfield Street** <br>**Centerpoint, NY 11721** | | | **07/01/2015** <br><br>**Rent** | | | | **$9,883.54** |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **34,550.21**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC**                          Case No. **2:15-bk-09383-EPB**
                        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> RJM Realty LLC <br> PO Box 540271 <br> Waltham, MA 02454-0271 | | | 07/01/2015 <br> Rent | | | | $9,583.33 |
| **ACCOUNT NO.** <br><br> SanPolo Holdings, Inc. <br> 495 Mariposa Drive <br> Ventura, CA 93001 | | | 07/01/2015 <br> Rent | | | | $12,576.50 |
| **ACCOUNT NO.** <br><br> The Abellan Family Trust <br> 2239 San Ysidro Dr <br> Beverly Hills, CA 90210 | | | 07/01/2015 <br> Rent | | | | $0.00 |
| **ACCOUNT NO.** <br><br> The Bohn Family Trust <br> Attn: David W. Bohn, Trustee <br> 948 Las Palmas <br> Santa Barbara, CA 93110 | | | 07/01/2015 <br> Rent | | | | $1,236.17 |

Sheet no. __11__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **23,396.00**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>The Gary L. Johnson and Geraldine C. Johnson Trust Attn: Gary L. Johnson, Trustee 510 Myrtle Court Solvang, CA 93463 | | | 07/01/2015 <br>Rent | | | | $705.25 |
| ACCOUNT NO. <br><br>The Margaret and David Firestone Living Trust 72-877 Dinah Shore Dr #103 Rancho Mirage, CA 92270 | | | 07/01/2015 <br>Rent | | | | $23,000.00 |
| ACCOUNT NO. <br><br>Tom or Gayle Sinkiewicz 818 Wake Forest Dr. Mountain View, CA 94043 | | | 07/01/2015 <br>Rent | | | | $0.00 |
| ACCOUNT NO. <br><br>Triceratops, LLC c/o Sentry Commercial Realty Advisors PO Box 371330 Las Vegas, NV 89127 | | | 07/01/2015 <br>Rent | | | | $13,800.00 |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

            Subtotal▶   $    **37,505.25**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Frontier Star, LLC__ ,          Case No. __2:15-bk-09383-EPB__
              **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Triclops<br>c/o Sentry Commercial Realty Advisors<br>PO Box 371330<br>Las Vegas, NV 89127 | | | 07/01/2015<br>Rent | | | | $11,667.00 |
| ACCOUNT NO.<br><br>VRE<br>1211 S White Chapel Blvd<br>Southlake, TX 76092 | | | 07/01/2015<br>Rent | | | | |
| ACCOUNT NO.<br><br>Waterstone 345287 LLC<br>c/o MMSI<br>PO Box 1494<br>Northbrook, IL 60065-1494 | | | 07/01/2015<br>Rent | | | | $0.00 |
| ACCOUNT NO.<br><br>Wen Lung Chow & Alice J. Yu<br>13634 Howen Dr.<br>Saratoga, CA 95070 | | | 07/01/2015<br>Rent | | | | $12,110.86 |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   23,777.86

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Frontier Star, LLC _____,  Case No. 2:15-bk-09383-EPB
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Zeavy CHI LLC <br>4408 NE 38th St <br>Seattle, WA 98105 | | | 07/01/2015 <br> Rent | | | | $11,900.16 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **11,900.16**

Total▶ $ **1,359,842.16**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Frontier Star, LLC,**         Case No.   **2:15-bk-09383-EPB**
             **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached list<br><br>' | Description: See attached list<br><br>Nature of Debtor's Interest: Franchises |

| Address | | | |
|---|---|---|---|
| 1105 S. Main St | Sikeston | MO | 63801 |
| 2115 William St | Cape Girardeau | MO | 63703 |
| 326 S. Century Blvd. | Rantoul | IL | 61866 |
| 1117 Lakeland Blvd. | Mattoon | IL | 61938 |
| 750 W. Broadway | Centralia | IL | 62801 |
| 629 W. Main St. | Benton | IL | 62812 |
| 615 S. Park Ave. | Herrin | IL | 62948 |
| 1105 Main Street | West Frankfort | IL | 62896 |
| 700 East Poplar | Harrisburg | IL | 62946 |
| 770 E. Center Street | Madinsonville | KY | 42431 |
| 1106 N. Carbon Street | Marion | IL | 62959 |
| 1136 E. 1st Street | Kennett | MO | 63857 |
| 310 US Highway 62 W | Princeton | KY | 42445 |
| 505 N. 12th Street | Murray | KY | 42071 |
| 1303 East Broadway | Campbellsville | KY | 42718 |
| 340 Walnut Street | Murphysboro | IL | 62966 |
| 9506 Taylorsville Rd. | Jeffersontown | KY | 40299 |
| 707 N. 3rd Street | Bardstown | KY | 40004 |
| 539 Woodlawn Rd. | Lincoln | IL | 62656 |
| 217 W. Holmes | Chester | IL | 62233 |
| 11 North Kingshighway | Perryville | MO | 63775 |
| 1706 N. Dixie Hwy. | Elizabethtown | KY | 42701 |
| 5104 Hinkleville Rd. | Paducah | KY | 42001 |
| 601 Ferry St. | Metropolis | IL | 62960 |
| 2909 Fern Valley Road | Louisville | KY | 40213 |
| 1080 West Eldorado | Decatur | IL | 62522 |
| 451 W. Ottawa Road | Paxton | IL | 60957 |
| 322 S. Washington St. | Du Quoin | IL | 62832 |
| 61 US Highway 68 West | Benton | KY | 42025 |
| 3459 Taylor Blvd. | Louisville | KY | 40215 |
| 1308 S. Division St. | Carterville | IL | 62918 |
| 301 W. Court Avenue | Jeffersonville | IN | 47130 |
| 1033 Paris Road | Mayfield | KY | 42066 |
| 1200 W. Reelfoot Ave. | Union City | TN | 38261 |
| 1205 US Highway 45 N | Eldorado | IL | 62930 |
| 140 E. Vienna Street | Anna | IL | 62906 |
| 421 E. Jackson Blvd. | Jackson | MO | 63755 |
| 3024 Lone Oak Rd. | Paducah | KY | 42003 |
| 307 S. Grant St. | Clinton | IL | 61727 |
| 15 W. Fairchild Street | Danville | IL | 61832 |
| 203 W. Jackson | Sullivan | IL | 61951 |
| 1703 S. Neil St. | Champaign | IL | 61820 |
| 309 N. Market Street | Monticello | IL | 61856 |
| 10095 US HWY 67 | Beardstown | IL | 62618 |
| 501 E. Highway 72 | Fredericktown | MO | 63645 |
| 316 North Main Street | Paris | IL | 61944 |
| 1835 Sangamon Ave. | Springfield | IL | 62702 |

| | | | |
|---|---|---|---|
| 410 East Sangamon St. | Petersburg | IL | 62675 |
| 2501 Stevenson Drive | Springfield | IL | 62703 |
| 2625 Columbus St | Ottawa | IL | 61350 |
| 842 West Morton Avenue | Jacksonville | IL | 62650 |
| 1700 Wabash Avenue | Springfield | IL | 62704 |
| 454 North Broad Street | Carlinville | IL | 62626 |
| 905 North Springfield St. | Virden | IL | 62690 |
| 331 North Main Street | Chatham | IL | 62629 |
| 600 West Jefferson St. | Springfield | IL | 62702 |
| 3217 Clear Lake Ave | Springfield | IL | 62702 |
| 200 N. Bolingbrook | Bolingbrook | IL | 60440 |
| 14747 S. Cicero Ave, | Midlothian | IL | 60445 |
| 2601 Charlestown Rd | New Albany | IN | 47150 |
| 280 W. North Ave | West Chicago | IL | 60185 |
| 1508 Bridge St | Yorkville | IL | 60560 |
| 2420 US Route 30 | Oswego | IL | 60543 |
| 201 School Street | Hillsboro | IL | 62049 |
| 2030 N. Lewis Ave | Waukegan | IL | 60087 |
| 2060 US 45 Bypass South | Trenton | TN | 38382 |
| 4614 S. Damen Ave | Chicago | IL | 60609 |
| 16020 Illinois 59 | Plainfield | IL | 60586 |
| 2590 N. Central Ave | Humboldt | TN | 38343 |
| 380 W Rollins Rd | Round Lake | IL | 60073 |
| 301 S Division St | Harvard | IL | 60033 |
| 1005 Mineral Wells Ave | Paris | TN | 38242 |
| 1806 W. Bradley, | Champaign | IL | 61820 |
| 634 Knox Blvd. | Radcliff | KY | 40160 |
| 30 Outlet Ave. | Eddyville | KY | 42038 |
| 1551 S. Busse Rd | Elk Grove | IL | 60007 |
| 107 N. Batavia | Batavia | IL | 60510 |
| 4405 Winfield Rd | Warrenville | IL | 60555 |
| 580 Milwaukee Ave | Prospect Heights | IL | 60062 |
| 9102 N Milwaukee | Niles | IL | 60714 |
| 1150 State Street | Lemont | IL | 60439 |
| 2101 S. Plum Grove Road | Rolling Meadows | IL | 60008 |
| 404 Roosevelt | Glen Ellyn | IL | 60137 |
| 419 S. Chestnut | LeRoy | IL | 61752 |
| 34528 N. US Highway 45 | Third Lake | IL | 60030 |
| 9115-9135 W 159th Ave | Orland Hills | IL | 60487 |
| 333 South Dixie Blvd, Radcliff, KY 40160 | Radcliff | KY | 40160 |
| 1128 &1130 Mclain Ave Scottsburg Indiana, 47170 | Scottsburg | IN | 47170 |
| 207 Halsted , Chicago Heights, IL 60411 | Chicago Heights | IL | 60411 |
| 108 E. Barnett Ave, Forsyth, IL 62535 | Forsyth | IL | 62535 |
| 1 Barron Blvd. Grayslake, IL | Grayslake | IL | |
| 1240 N. Milwaukee, Libertyville, IL 60048 | Libertyville | IL | 60048 |
| 3467 Sheridan Rd, Zion, IL 60099 | Zion | IL | 60099 |
| 5515 S. Main Street, Lisle, IL 60516 | Lisle | IL | 60516 |
| 6001 S. 6th St Frontage Rd, Springfield, IL 62703 | Springfield | IL | 62703 |
| 1040 E Walnut, Carbondale, IL 62901 | Carbondale | IL | 62901 |

| | | | |
|---|---|---|---|
| 1500 E. Algonquin, Schaumburg, IL | Schaumburg | IL | |
| 7800 E. Ridge Road, Hobart, Indiana | Hobart | IN | |
| 16 Campbell Dr, Calvert City, KY 42029 | Calvert City | KY | 42029 |
| 1800 N. Richmond Ave, McHenry, IL 60051 | McHenry | IL | 60051 |
| 1142 E Dundee Rd, Palatine, IL 60074 | Palatine | IL | 60074 |
| 19814 S. LaGrange, Mokena, IL 60448 | Mokena | IL | 60448 |
| 450 E Main St. Henderson TN 38340 | Henderson | TN | 38340 |
| 2258 Randall Rd, Carpentersville, IL | Carpentersville | IL | |
| 280 E. Army Trail Road, Glendale Heights, IL 60108 | Glendale Heights | IL | 60108 |
| 22230 Governors Hwy, Richton Park, IL 60471 | Richton Park | IL | 60471 |
| 4322 Poplar Level Road | Louisville | KY | |
| 180 W. Ogden | Westmont | IL | 60559 |
| 410 S. Macoupin | Gillespie | IL | 62033 |
| 6034 W North Ave | Chicago | IL | 60639 |
| 124 E 103rd St | Chicago | IL | 60628 |

B 6H (Official Form 6H) (12/07)

In re **Frontier Star, LLC,**            Case No. <u>2:15-bk-09383-EPB</u>
                   **Debtor**                                            **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Frontier Star CJ, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283<br><br>Frontier Star 1, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283<br><br>MIH<br>5210 S Priest Dr<br>Guadalupe, AZ 85283 | Alliance Bank of Arizona<br>c/o Scott Jenkins<br>Quarles & Brady<br>2 N Central Ave<br>Phoenix, AZ 85004 |
| Frontier Star CJ, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283<br><br>Frontier Star 1, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283 | MBM<br>2641 Meadowbrook Rd<br>Rocky Mount, NC 27802 |

In re __**Frontier Star, LLC**_____ ,   Case No. __**2:15-bk-09383-EPB**__
          **Debtor**                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                                                      Debtor

Date _____   Signature: _____
                                                                             (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____   _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___**Frontier Star 1, LLC**_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____**Frontier Star, LLC**_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____**8-10-15**_____   Signature: _____

                                            **Frontier Star 1, LLC**
                                            [Print or type name of individual signing on behalf of debtor.]
                                            **by Jason LeVecke, Manager Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*