# UNITED STATES BANKRUPTCY COURT
## ARIZONA

In re   Frontier Star, LLC,                                    Case No.   2:15-bk-09383-EPB
                    Debtor
                                                               Chapter         11

## AMENDED - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| CKE Hardee's Restaurants, LLC Department #0779 Los Angeles, California 63102 | | Rent | | $984,687.30 |
| Chen Ying Lee 759 Shelby Rd Kevil, Kentucky 42053 | | Rent | | $39,800.00 |
| Josef Mueller PO Box 7103 Mammoth Lakes, California 95346 | | Rent | | $30,633.30 |
| Dr. Art Mollen 9455 N 55th St Paradise Valley, Arizona 85253 | Parviz Donboli 23233 N Pima Rd #113 Scottsdale, Arizona 85255 | Rent | | $26,632.17 |

| | | |
|---|---|---|
| The Margaret and David Firestone Living Trust<br>72-877 Dinah Shore Dr #103<br>Rancho Mirage, California 92270 | Rent | $23,000.00 |
| Ethan Flint<br>2220 State Route 157<br>Ste 200C<br>PO Box 168<br>Glen Carbon, Illinois 62034 | Rent | $15,200.00 |
| James Scrima<br>1657 Hunter Rd.<br>Waukesha, Wisconsin 53189 | Rent | $15,030.40 |
| Filipponi Family Limited Partnership<br>Filipponi Family Trust<br>PO Box 803<br>Santa Margarita, California 93453 | Rent | $13,916.67 |
| Triceratops, LLC<br>c/o Sentry Commercial Realty Advisors<br>PO Box 371330<br>Las Vegas, Nevada 89127 | Rent | $13,800.00 |
| Parviz Donboli<br>23233 N Pima Rd #113<br>Scottsdale, Arizona 85255 | Rent | $13,333.33 |
| Adams Ventures, LLC<br>c/o Huntleigh Development<br>101 Linden St<br>Oakland, California 94607 | Rent | $12,750.00 |

| | | | |
|---|---|---|---|
| SanPolo Holdings, Inc.<br>495 Mariposa Drive<br>Ventura, California 93001 | | Rent | $12,576.50 |
| Wen Lung Chow & Alice J. Yu<br>13634 Howen Dr.<br>Saratoga, California 95070 | | Rent | $12,110.86 |
| Zeavy CHI LLC<br>4408 NE 38th St<br>Seattle, Washington 98105 | | Rent | $11,900.16 |
| HDI Chicago Rest, LLC<br>c/o Huntleigh Development<br>101 Linden St.<br>Oakland, California 94607 | | Rent | $11,667.00 |
| Triclops<br>c/o Sentry Commercial Realty Advisors<br>PO Box 371330<br>Las Vegas, Nevada 89127 | | Rent | $11,667.00 |
| Hendrick Commercial LLC<br>c/o Anne Hendrick<br>PO Box 65<br>Buellton, California 93427 | | Rent | $11,375.00 |
| Phillips Yee<br>PO Box 70<br>Pleasanton, California 94566 | | Rent | $11,333.34 |
| Jun Wantanabe, Walter Wantanabe & Osamu Wantanabe<br>23039 Cerise Ave<br>Torrance, California 90505 | | Rent | $10,333.33 |

| Orsovita Inc<br>38760 Valle Vista<br>Murrieta, California<br>92562 | Rent | | | $10,000.00 |

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jason LeVecke, Manager Member of Frontier Star 1, LLC, Sole Member of Frontier Star, LLC, an authorized agent of Frontier Star, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 8-10-15

Jason LeVecke, Manager Member of Frontier Star 1, LLC, Sole Member of Frontier Star, LLC, Authorized Agent