SO ORDERED.

Dated: August 13, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge

THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 11 |
|---|---|
| FRONTIER STAR, LLC, | No. 2:15-bk-09383- EPB |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR JOINT ADMINISTRATION OF PENDING BANKRUPTCY CASES** |

This matter comes before the Court on the Debtor's Motion for Joint Administration of Pending Bankruptcy Cases, no objections having been filed and good cause having been shown,

IT IS HEREBY ORDERED that the case of Frontier Star, LLC, Chapter 11 Case No. 2:15-bk-09383-EPB be jointly administered with the case of Frontier Star CJ, LLC, Chapter 11 Case No. 2:15-bk-09385-EPB.

IT IS FURTHER ORDERED that all pleadings from the date of entry of this order bear the following caption:

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

| In re | Chapter 11 Proceedings |
|---|---|
| FRONTIER STAR, LLC, ☐<br>FRONTIER STAR CJ, LLC, ☐ | Case No. 2:15-bk-09383-EPB<br>2:15-bk-09385-EPB<br>(**Joint Administration**) |
| Debtors. | |
| This filing Applies to:<br>☐ All Debtors<br>☐ Specified Debtors | |

IT IS FURTHER ORDERED that one docket shall be maintained for the cases under the case name Frontier Star, LLC, Case No. 2:15-bk-09383-EPB.

IT IS FURTHER ORDERED that the Court maintain one file for all pleadings in both cases under the case name Frontier Star, LLC, Case No. 2:15-bk-09383-EPB.

IT IS FURTHER ORDERED that the Clerk of the Court continue to maintain separate proof of claims dockets and separate claims registers for each case.

This is an Order for Joint Administration only and not a substantive consolidation.

SIGNED AND DATED ABOVE.