THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 11 |
|---|---|
| FRONTIER STAR, LLC, | No. 2:15-bk-09383-EPB |
| Debtor. | **DEBTOR'S FIRST MOTION TO REJECT COMMERCIAL REAL PROPERTY LEASES** |

Frontier Star, LLC, Debtor and Debtor-in-Possession in this Chapter 11 case, hereby moves the Court, pursuant to Bankruptcy Code § 365(a), to enter its order approving rejection of the real property leases of commercial premises located with specificity on Exhibit "A" attached hereto and incorporated herein by this reference (hereinafter referred to as the "Subject Leases"). This Motion is supported by the attached and herein incorporated Memorandum of Points and Authorities.

**MEMORANDUM OF PONTS AND AUTHORITIES**

**I.      Background Facts**

1.      Debtor is the Lessee of certain commercial real properties identified on Exhibit A as the Subject Leases. The Subject Leases have been identified for future

operations. Currently there are no attendant Carl's Jr. franchise agreements or operating restaurants associated with the Subject Leases.

2. Although Debtor's business is basically sound from a strictly economic standpoint, Debtor was compelled to file a voluntary Chapter 11 petition on July 27, 2015, due to the fact that the costs of operating the Debtor's franchises, as a whole, exceed revenues. The Debtor is continuing an audit of its operating franchises. In the meantime, none of the Subject Leases house operating Carl's Jr. restaurants while they all maintain the significant lease expenses related to rent, and in some cases, real estate taxes, insurance and common area expenses. These are all expenses that are unnecessary.

3. As a part of its business plan, the Debtor has regularly negotiated real property leases for commercial premises for future growth. The Subject Leases are not currently used for commercial purposes. The Subject Leases are governed by the provisions of Bankruptcy Code § 365(d)(4).

4. Section 365(d)(4) allows the Debtor an initial sixty (60) day period to evaluate its non-residential real property leases and move for assumption. Failing an extension of this deadline, leases not affirmatively assumed are deemed rejected by operation of law. In the case of the Subject Leases, the Debtor has determined that it cannot pay rent on those locations and the locations should be surrendered immediately to the respective landlords to avoid unnecessary post petition expenses.

5. In light of the foregoing considerations, the Debtor has thus exercised its business discretion to file this motion to reject the Subject Leases.

II. **Legal Argument**

Debtor Frontier Star, LLC hereby incorporates the foregoing statement of facts into its legal argument.

It is well established in the Ninth Circuit that Bankruptcy Code § 365(a) gives exclusive standing to a Debtor-In-Possession or Trustee to move the Court to enter

an order rejecting or assuming a lease of commercial real property. *In re Arizona Appetito's Stores, Inc.*, 893 F.2d 216, 219 (9th Cir. 1990) ("The trustee is to assume or to reject, and the court is to approve or disapprove."). The standard by which the Court should determine whether or not to grant a motion to reject a commercial real property lease is the "business judgment rule." *In re At Home Corporation*, 292 B.R. 195, 199 (N.D. Cal. 2003) citing *Sharon Steel Corp. v. National Fuel Gas Disrib. Corp.*, 872 F.2d 36, 39-40 (3rd Cir. 1989) and *In re Arizona Appetito's Stores, Inc.*, op. cit.; *In re Chi-Feng Huang*, 23 B.R. 798 (9th Cir. BAP 1982)(executory contract for sale and purchase of commercial real property).

The business judgment rule accords significant deference to the business evaluation and conclusions of a Debtor-In-Possession or Trustee who has moved to reject a commercial real property lease. *See, e.g., In re Food Barn Stores, Inc.*, 107 F.3d 558, 567 (8th Cir.1997) (noting that unless the choice is "manifestly unreasonable or made in bad faith, the court should normally grant approval").

In general, the Court should only exercise its discretion to deny a DIP's or Trustee's motion to reject a commercial lease if the particular damage and prejudice to the non-Debtor party(ies) to the lease clearly outweighs the benefit to the estate and unsecured creditors of rejecting the lease. A generalized concern that any party who is the victim of a lease rejection and resulting contract breach may be harmed is not sufficient. In response to a motion to reject a commercial lease, the non-Debtor party(ies) to the lease must come forward with proof of significant and extraordinary damages that is not outweighed by the benefit to nonpriority unsecured creditors in order for the motion to reject to be denied. *In re Chi-Feng Huang*, op. cit., 23 B.R. at 801; See also *In re Federal Mongul Global, Inc.*, 293 B.R. 124 (D.Del. 2003)(severe financial hardship to non-Debtor party not a test separate from Court's application of business judgment test). Some Courts have even held that, as a general rule, a Bankruptcy Court presented with an application to

reject an executory contract need determine only whether the contract is indeed executory and whether rejection would be advantageous to the Debtor and its estate. These Courts have held that the burden or hardship which rejection would impose on other parties to such a contract is not a factor to be weighed by the bankruptcy court in ruling upon the Debtor's application. *Borman's, Inc. v. Allied Supermarkets, Inc., 706 F.2d 187, 189 (6th Cir.) (dicta ),* cert. denied, *464 U.S. 908, 104 S.Ct. 263, 78 L.Ed.2d 247 (1983).*

In the present matter, Debtor believes that the non-Debtor lessors have specifically been identified and treated for their unique claims. In fact Congress has recognized the harm to non-residential landlords and provided a specific remedy by providing a statutory basis for liquidating lease rejection damages. *See,* 11 U.S.C. § 502(b)(6). To comply with Local Bankruptcy Rule 6006-1 (providing that a "drop dead notice" must be sent to all non-Debtor parties to the lease to be rejected, to those otherwise claiming an interest in the lease, to the U.S. Trustee, to those creditors on the list of 20 Largest Unsecured Creditors and to any party who has filed a request for notices in the case) by providing notice to the parties specified in that rule for 14 day (plus 3 days for mailing) bar date.

The Debtor believes it is particularly important that the Subject Leases which cannot economically be assumed in this bankruptcy proceeding be rejected as quickly as possible to stop the accrual of unnecessary post petition claims and allow the Landlords the maximum opportunity to mitigate their claims.

## III. Conclusion and Prayer for Relief

For the reasons stated above, Debtor Frontier Star, LLC respectfully requests that the Court enter its Order determining that the Subject Leases are rejected as of the date of this Motion.

DATED this 14th day of August, 2015

THE CAVANAGH LAW FIRM, P.A.

By: /s/ Philip G. Mitchell
Philip G. Mitchell
Attorneys for Debtor

COPY of the foregoing mailed
this 14th day of August, 2015, to:

Jonathan T. Edwards, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
Attorneys for Meadowbrook Meat Company
  d/b/a MBM Corp.

John R. Worth, Esq.
Forrester & Worth, PLC
3636 N. Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Meadowbrook Meat Company
  d/b/a MBM Corp.

W. Scott Jenkins, Jr., Esq.
Alissa A. Brice, Esq.
Quarles & Brady LLP
1 Renaissance Square
2 N. Central Avenue
Phoenix, AZ 85004-2391
Attorneys for Western Alliance Bank

John A. Nasr, Esq.
Gust Rosenfeld PLC
1 E. Washington St., Ste. 1600
Phoenix AZ 85004-2553
Attorneys for Hardee's Restaurants, LLC

THE CAVANAGH LAW FIRM, P.A.
LAW OFFICES
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

| | |
|---|---|
| 1 | Jordan A. Kroop, Esq. |
| 2 | Bradley A. Cosman, Esq. |
| | Perkins Coie LLP |
| 3 | 2901 N. Central Ave., Suite 2000 |
| | Phoenix, Arizona 85012 |
| 4 | Attorneys for Cheeseburger, LLC |
| 5 | Valerie P. Morrison, Esq. |
| | Dylan G. Trache, Esq. |
| 6 | Nelson Mullins Riley & Scarborough LLP |
| | 101 Constitution Avenue NW, Ste. 900 |
| 7 | Washington, DC 20001 |
| 8 | Matthew H. Sloan, Esq. |
| | Jennings Haug & Cunningham, LLP |
| 9 | 2800 N. Central Ave., Suite 1800 |
| | Phoenix, Arizona 85004-1049 |
| 10 | Attorneys for Hendrick Commercial, LLC |
| 11 | Steven D. Nemecek, Esq. |
| | Steve Brown & Associates, LLC |
| 12 | 1414 E. Indian School Rd., Ste. 200 |
| | Phoenix, Arizona 85014 |
| 13 | Attorneys for Vannelli Properties |
| 14 | William Novotny, Esq. |
| | Dickinson Wright PLLC |
| 15 | 1850 N. Central Ave., Ste. 1400 |
| | Phoenix, Arizona 85004 |
| 16 | Attorneys for Vestar California XXII, LLC, |
| |   HVTC, LLC and Gilbert-Chandler |
| 17 |   Heights I, LLC |
| 18 | Teresa H. Foster, Esq. |
| | Teresa H. Foster, PLLC |
| 19 | 2400 E. Arizona Biltmore Circle, Ste. 1300 |
| | Phoenix, Arizona 85016 |
| 20 | Attorneys for John and Doris Capra, Trustees |
| |   of the Capra Trust dated May 30, 1985, |
| 21 |   Michael D'Edigio and Marilyn Strong-D'Egidio, |
| |   Trustees of the D'Edigio Trust dated May 24, 1996, |
| 22 |   Bruno D'Edigio, Trustee of the Bruno D'Edigio |
| |   Irrevocable Trust dated January 1, 1998, |
| 23 |   Rosemarie D'Edigio, Trustee of the Rosemarie |
| |   D'Edigio Irrevocable Trust dated October 10, |
| 24 |   1994, and Carol A. D'Edigio, Trustee of the |
| |   Carol A. D'Edigio Irrevocable Trust dated |
| 25 |   July 19, 1996 |
| 26 | |

| | |
|---|---|
| 1 | Edwin B. Stanley, Esq.<br>Simbro & Stanley PLC |
| 2 | 8767 E. Via de Commercio<br>Suite 103 |
| 3 | Scottsdale, Arizona 85258-3374<br>Attorneys for Zeavey CHI, LLC |
| 4 | |
| 5 | Larry Watson<br>Office of the U.S. Trustee<br>230 N. 1st Avenue, Ste. 204 |
| 6 | Phoenix, AZ 85003-1706<br>Trustee |

*/s/ Jenivia Kaufman*

# EXHIBIT "A"

Lease Terminations, Adjustments and Rejections

| Entity | Lease Status | Location Address | | | Landlord Name & Address |
|---|---|---|---|---|---|
| Frontier Star, LLC | z REJECT | 2101 S. Plum Grove Road | Rolling Meadows | 60008 | Zeavy CHI LLC 44080NE 38th Street, Seattle, WA 98105 |
| Frontier Star, LLC | z REJECT | 404 Roosevelt | Glen Ellyn | 60137 | HRDS GLEN ELLYN IL, LLC, 275 Coleridge St., Brooklyn, NY 11235 |
| Frontier Star, LLC | z REJECT | 419 S. Chestnut | LeRoy | 61752 | The Abellan Family Trust 2239 San Ysidro Drive, Beverly Hills, CA 90210 |
| Frontier Star, LLC | z REJECT | 34528 N. US Highway 45 | Third Lake | 60030 | Waterstone 345287 LLC C/O MMSI, PO Box 1494, Northbrook, IL 60065-1494 |
| Frontier Star, LLC | z REJECT | 9115-9135 W 159th Ave | Orland Hills | 60487 | HS ORLAND HILLS LLC, c/o Susan N. Sterns 150 West End Ave, #10C New York, NY 10023 |
| Frontier Star, LLC | z REJECT | 333 South Dixie Blvd, Radcliff, KY 40160 | Radcliff | 40160 | Chen Ying Lee, 759 Shelby Road, Kevil, KY, 42053 |
| Frontier Star, LLC | z REJECT | 1128 &1130 Mclain Ave Scottsburg Indiana, 4 Scottsburg | | 47170 | LPG Grand, LLC, 2525 Fairmount Street,Dallas, TX 75201 |
| Frontier Star, LLC | z REJECT | 207 Halsted , Chicago Heights, IL 60411 | Chicago Heights | 60411 | Orsovita Inc, 38760 Valle Vista, Murrieta CA 92562 |
| Frontier Star, LLC | z REJECT | 108 E. Barnett Ave, Forsyth, IL 62535 | Forsyth | 62535 | VRE Forsyth, LLC, 1211 S White Chapel Blvd, Southlake TX 76092 |
| Frontier Star, LLC | z REJECT | 1 Barron Blvd. Grayslake, IL | Grayslake | | VRE Grayslake LLC, 1211 S White Chapel Blvd, Southlake TX 76092 |
| Frontier Star, LLC | z REJECT | 1240 N. Milwaukee, Libertyville, IL 60048 | Libertyville | 60048 | VRE Libertyville, LLC, 1211 S White Chapel Blvd, Southlake TX 76092 |
| Frontier Star, LLC | z REJECT | 3467 Sheridan Rd, Zion, IL 60099 | Zion | 60099 | DMS 2, LLC, c/o David M Stone 6224 W desert Inn rd, Las Vegas, NV 89146 |
| Frontier Star, LLC | z REJECT | 5515 S. Main Street, Lisle, IL 60516 | Lisle | 60516 | HRDS LISLE IL, LLC, 275 Coleridge St., Brooklyn, NY 11235 |
| Frontier Star, LLC | z REJECT | 6001 S. 6th St Frontage Rd, Springfield, IL 627 | Springfield | 62703 | HRDS SPRINGFIELD IL, LLC, 275 Coleridge St., Brooklyn, NY 11235 |
| Frontier Star, LLC | z REJECT | 1040 E Walnut, Carbondale, IL 62901 | Carbondale | 62901 | HRDS Carbondale, IL, LLC, 275 Coleridge St., Brooklyn, NY 11235 |
| Frontier Star, LLC | z REJECT | 301 S Division St | Harvard | 60033 | Artemio and Flora Puedan, 2124 Alexander Drive, Escondido, CA 92025 |