Thomas J. Salerno (#007492)
Anthony P. Cali (#028261)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Thomas.salerno@stinsonleonard.com
Anthony.cali@stinsonleonard.com

Attorneys for Frontier Star I, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>FRONTIER STAR, LLC,<br><br>FRONTIER STAR CJ, LLC,<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 2:15-bk-09383-EPB<br>2:15-bk-09385-EPB<br>(Jointly Administered)<br><br>**INFORMATIONAL NOTICE OF ORDINARY COURSE PAYMENT** |

Frontier Star I, LLC ("**Star I**"), an interested party in the above-captioned jointly administered bankruptcy case Frontier Star, LLC and Frontier Star CJ, LLC (the "**Debtors**"), hereby files this *Informational Notice of Ordinary Course Payments* for notice purposes only. Star I is the corporate parent of the Debtors, but is not currently subject to any bankruptcy proceeding. On August 27, 2015, MIH Admin Services, LLC, an Arizona limited liability company, which has a contractual relationship with Frontier Star 1, LLC to perform accounting and human resources services for that entity, paid $72,500 to CKE Restaurants, Inc. for certain post-petition advertising co-op fees due on account of the Debtors' Hardee's and Carl's Jr. restaurants. Payment of the post-petition amounts due was necessary to prevent cancellation of scheduled advertising in three of the Debtors' markets. Star I made the $72,500 payment in accordance with the Debtors' obligations to make such payment under the franchise agreements that are the assets of the Debtors' estates. The operating entity, Star I, will

continue to make such payments as necessary in order to preserve the value of the Debtors' franchise agreements.

RESPECTFULLY SUBMITTED this 28th day of August, 2015.

**STINSON LEONARD STREET LLP**

By: /s/ Thomas J. Salerno
Thomas J. Salerno
Anthony P. Cali
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for [Click here to add Client Name]

COPY of the foregoing sent this 28th day of August, 2015, to:

Office of the U.S. Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ 85003-1706
ustpregion14.px.ecf@usdoj.gov

Larry L. Watson
Office of the U.S. Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ 85003-1706
Larry.watson@usdoj.gov

Philip G. Mitchell
The Cavanagh Law Firm
1850 N. Central Ave., Ste. 2400
Phoenix, AZ 85004
Philip.Mitchell@azbar.org
Attorneys for Debtor

| | |
|---|---|
| 1 | W. Scott Jenkins, Jr. |
| 2 | Alissa A. Brice |
|   | Quarles & Brady, LLP |
| 3 | Two N. Central Ave. |
|   | Phoenix, AZ 85004 |
| 4 | Scott.jenkins@quarles.com |
|   | Alissa.brice@quarles.com |
| 5 | Attorneys for Western Alliance Bank |
| 6 | Sean P. O'Brien |
| 7 | John A. Nasr |
|   | Gust Rosenfeld, PLC |
| 8 | One E. Washington, Ste. 1600 |
|   | Phoenix, AZ 85004-2553 |
| 9 | spobrien@gustlaw.com |
|   | jnasr@gustlaw.com |
| 10 | Attorneys for Hardee's Restaurants, LLC |
| 11 | Jonathan T. Edwards |
| 12 | Alston & Bird, LLP |
|   | 1201 W. Peachtree St. |
| 13 | Atlanta, GA 30309 |
|   | Jonathan.Edwards@alston.com |
| 14 | Attorneys for Meadowbrook Meat Company d/b/a MBM Corp. |
| 15 |   |
| 16 | John R. Worth |
|    | Forrester & Worth, PLLC |
|    | 3636 N. Central Ave., Ste. 700 |
| 17 | Phoenix, AZ 85012 |
| 18 | jrw@forresterandworth.com |
|    | Attorneys for Meadowbrook Meat Company d/b/a MBM Corp. |
| 19 |   |
| 20 | Jordan A. Kroop |
|    | Bradley A. Cosman |
| 21 | Perkins Coie LLP |
|    | 2901 N. Central Ave., Ste. 2000 |
| 22 | Phoenix, AZ 85012 |
| 23 | JKroop@perkinscoie.com |
|    | BCosman@perkinscoie.com |
| 24 | Attorneys for Cheeseburger, LLC; HDI & JM Properties, LLC; HDI Chicago Rest |
| 25 | LLC; Adams Ventures LLC; Nacogdoches BTS, LLC |

3

| | |
|---|---|
| 1 | Ryan J. Bird |
| | Gilbert Bird Law Firm, PC |
| 2 | 10575 N. 114th St., Ste. 115 |
| | Scottsdale, AZ 85259 |
| 3 | rbird@gilbertbirdlaw.com |
| 4 | Attorneys for Eital Properties, LLC |
| | |
| 5 | Valerie P. Morrison |
| | Dylan G. Trache |
| 6 | Nelson Mullins Riley & Scarborough, LLP |
| | 101 Constitution Ave., NW, Ste. 900 |
| 7 | Washington, DC 20001 |
| | Val.morrison@nelsonmullins.com |
| 8 | Dylan.trache@nelsonmullins.com |
| 9 | Attorneys for Hardee's Restaurants, LLC and Carl's Jr. Restaurants, LLC |
| 10 | |
| | Matthew H. Sloan |
| 11 | Jennings, Haug & Cunningham, LLP |
| | 2800 N. Central Ave., Ste. 1800 |
| 12 | Phoenix, AZ 85004-1049 |
| 13 | mhs@jhc-law.com |
| | Attorneys for Hendrick Commercial, LLC |
| 14 | |
| | Steven D. Nemecek |
| 15 | Steve Brown & Associates, LLC |
| | 1414 E. Indian School Rd., Ste. 200 |
| 16 | Phoenix, AZ 85014 |
| | Snemecek@sjbrownlaw.com |
| 17 | Attorneys for Vanelli Properties |
| 18 | |
| | William Novotny |
| 19 | Dickinson Wright, PLLC |
| | 1850 N. Central Ave., Ste. 1400 |
| 20 | Phoenix, AZ 85004 |
| | wnovotny@dickinsonwright.com |
| 21 | Attorneys fro Vestar California XXII, LLC, |
| | HVTC, LLC and Gilbert-Chandler Heights I, |
| 22 | LLC |
| 23 | |
| | Teresa H. Foster |
| 24 | Teresa H. Foster, PLLC |
| | 2400 E. Arizona Biltmore Cir., Ste. 1300 |
| 25 | Phoenix, AZ 85016 |
| | tfoster@thfosterlaw.com |
| 26 | Attorneys for Creditor Landlord |
| 27 | |
| 28 | |

Edwin B. Stanley
Simbro & Stanley, PLC
8767 E. Via de Commercio, Ste. 103
Scottsdale, AZ 85258-3374
bstanley@simbroandstanley.com
Attorneys for Zeavy CHI, LLC; Zeavy, LLC

Michael A. Jones
Allen Maguire & Barnes, PLC
1850 N. Central Ave., Ste. 1150
Phoenix, AZ 85004
mjones@ambazlaw.com
Attorneys for KMK Group, LLC

Dean M. Dinner
Nussbaum Gillis & Dinner, PC
14850 N. Scottsdale Rd., Ste. 450
Scottsdale, AZ 85254
ddinner@ngdlaw.com
Attorneys for Carlee's Holdings, LLC

Bankruptcy Legal Center
Law Office of James F. Kahn, PC
301 E. Bethany Home Rd., Ste. C195
Phoenix, AZ 85012-1266
James.Kahn@azbar.org
Attorneys for SJFT, LLC

Scott W. Hyder
Law Office of Scott W. Hyder, PLC
3420 E. Shea Blvd., Ste. 200
Phoenix, AZ 85028
shyder@scotthyderlaw.com
Attorneys for DMS 2, LLC; HRDS Carbondale IL, LLC; HRDS Glenn Ellyn IL, LLC; HRDS Lisle IL, LLC; HRDS Roundlake IL, LLC; HRDS Springfield IL, LLC; CSJR Phoenix AZ, LLC; CSJR Longview Texas LLC; Lavelo Property Management, LLC.

| | |
|---|---|
| 1 | Michael M. Lin |
| 2 | Lin Law Group |
|   | 5288 Spring Mtn. Rd., Ste. 103 |
| 3 | Las Vegas, NV 89146 |
|   | linlawgroup@gmail.com |
| 4 | Attorneys for Nonsan, LLC and KJG Castle |
|   | Holdings, LLC |
| 5 | |
|   | Todd A. Burgess |
| 6 | Gallagher & Kennedy PA |
|   | 2575 E. Camelback Rd. |
| 7 | Phoenix, AZ 85016-9225 |
|   | Todd.burgess@gknet.com |
| 8 | Attorneys for Ricardo Hector Abellan and |
|   | Trinidad Alba Navarro De Abellan, Trustees |
| 9 | of the Abellan Family Trust |
| 10 | |
|    | Philip J. Giacinti, Jr. |
| 11 | Jamie L. Altman |
|    | Procopio, Cory, Hargreaves & Savitch, LLP |
| 12 | 525 B. St., Ste. 2200 |
|    | San Diego, CA 92101 |
| 13 | Phil.giacinti@procopio.com |
|    | Jamie.altman@procopio.com |
| 14 | Attorneys for Fexkin, LLC and Remur, LLC |

/s/ Lindsay Jensen