| In Re: | Case No. | Fees Previously Requested | $0 | NAME OF APPLICANT |
|---|---|---|---|---|
| FRONTIER STAR, LLC ☒ | | Expenses Previously Requested | $0 | ROLE IN CASE |
| FRONTIER STAR CJ, LLC ☒ | 15-09383-EPB<br>15-09385-EPB | Expenses Previously Awarded | $0 | Counsel for Debtor |
| FRONTIER STAR I, LLC ☐ | 15-14679-DPC<br>15-14682-PS | | | |
| MIH ADMIN SERVICES, LLC ☐ | | | | |
| | Jointly Admin.<br>Under 15-09383 | Retainer Paid<br>Drawn on Retainer<br>Replenishment of Retainer<br>Remaining Retainer | $0<br>$0<br><br>$0 | CURRENT APPLICATION<br>Fees Requested $286,439.00<br>Expenses $2,693.39 |

# FEE APPLICATION

| NAMES OF PROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | HOURLY RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Philip G. Mitchell | 1984 | 583.1 | $425.00 | $243,567.50 |
| Katherine O. Cheney | 2001 | 136.1 | 315.00 | $ 42,871.50 |
| | | TOTAL | TOTAL | $286,439.00 |
| | | GRAND TOTAL | GRAND TOTAL: | $286,439.00 |
| | TOTAL BLENDED HOURLY RATE | | | |
| | $398.27 | | | |

**TOTAL (fees plus costs) $289,132.39**

THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Katherine O. Cheney, SBN 021113
kcheney@cavanaghlaw.com

Attorneys for Chapter 11 Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | | Chapter 11 Proceedings |
|---|---|---|
| FRONTIER STAR, LLC, | ☑ | Case No. 2:15-bk-09383-EPB |
| FRONTIER STAR CJ, LLC, | ☑ | Case No. 2:15-bk-09385-EPB |
| FRONTIER STAR 1, LLC, | ☐ | Case No. 2:15-bk-14679-DPC |
| MIH ADMIN SERVICES, LLC | ☐ | Case No. 2:15-bk-14682-PS |
| Debtors. | | (Jointly Administered under Case No. 2:15-bk-09383-EPB) |
| This filing Applies to: <br> ☐ All Debtors <br> ☑ Specified Debtors | | **FIRST AND FINAL APPLICATION FOR APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE CAVANAGH LAW FIRM** |

The Cavanagh Law Firm ("Applicant"), the court-appointed counsel for Frontier Star, LLC and Frontier Star CJ, LLC (collectively hereinafter "Debtors"), hereby submits its First and Final Application for Approval and Allowance of Compensation and Reimbursement of Expenses of attorneys for Debtors (hereinafter the "Application").

In support of this Application, Applicant submits billing statements for the period of July 27, 2015, through November 25, 2015 (hereinafter the "Application Period"), and respectfully represents as follows:

## BACKGROUND

1. On July 27, 2015, Debtors filed their respective petitions for bankruptcy relief under the provisions of Chapter 11 of the United States Bankruptcy Code (the "Code"). On July 28, 2015, the Debtors filed their Motions for Joint Administration. On or about July 28, 2015, the Applicant filed its applications for employment as counsel for the Debtors. On or about August 5, 2015, the court entered its orders approving the Applicant's Application for Employment on the terms and conditions stated therein. On August 13, 2015, the court entered its order ordering the joint administration of the Debtors estates.

2. This is Applicant's first and final Application for Compensation. The Application Period covered by this Application is July 27, 2015, through November 25, 2015.

3. During the Application Period, Applicant spent 719.2 hours as counsel for the Debtors advising the Debtor on various matters and dealing with creditors and administrative matters. Based upon ordinary hourly rates in effect at the time said services were rendered, Applicant's total fees are $286,439.00. This Application contains exhibits containing support for the requested fees and expenses. Please see Exhibit A contains a summary of hours by professional by matter category. Exhibit B is a detailed billing statement for all services rendered. In addition, Applicants incurred out-of-pocket expenses for which Applicants are seeking reimbursement in the total amount of $2,693.39. The summary of the requested expenses is contained herein as Exhibit C. The total of fees plus costs is $289,132.39.

4. The services for which compensation is requested were rendered as and on behalf of the Debtors estates and compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331 and 503(a) and (b), Federal Bankruptcy Rule 2016(a), and in compliance with the Order Appointing Counsel entered on August 5, 2015, and the Guidelines of the Office of

the United States Trustee for the District of Arizona (hereinafter the "Guidelines").

5. Except as Applicant may be entitled to receive compensation herein, Applicant has no arrangements with any other parties whatsoever to pay Applicant for the services of Applicant to the estate, nor has Applicant received any funds from any party whatsoever for the services rendered to the estate. Further, Applicant has not made any arrangement to share any compensation received by order of this Court with any party whatsoever, nor does Applicant have any arrangements for sharing any compensation hereinafter awarded, except as between members and/or regular associates of Applicant's firm.

6. The names of all of Applicant's professionals requesting fees and the hourly rates charged by each are as follows:

| Professional | Title | Billing Rate |
|---|---|---|
| Philip G. Mitchell | Senior Partner | $425.00/hour |
| Katherine O. Cheney | Partner | $315.00/hour |

A survey of professionals with comparable experience in the Phoenix Metropolitan area reflects rates similar to or higher than those now being charged by Applicant.

## STATUS OF THE BANKRUPTCY CASE

As of the date of this Application, the court has appointed a Chapter 11 Trustee to assume the responsibilities of the estates. As Applicant no longer represents the Debtors, the Applicant is herewith seeking to authorize its claim and allow payment to the extent of the pre-petition retainer.

### Summary of Professional Services Performed

(a) Administration

In this category, the Applicant has dealt with all of the administrative matters with the Debtors' ongoing operations, issues and related matters in the climate of the Chapter 11 reorganization. These matters include but are not limited to, filing and

amending statements and schedules, meeting with and conferring with the Office of the United States Trustee, preparing for and attending all meetings with the Debtors, third parties, preparing for and attending all hearings, and meetings before and after, working with the Debtors for protocol and filing financial information, and handling various pleadings and papers related to the administration of these cases. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 134.1 | $52,742.50 |
| Katherine O. Cheney | $315.00 | 49.1 | $15,466.50 |
| | | **Total** | $68,209.00 |

(b) Stay Relief Motions

Under this category, Applicant has consulted with the Debtors and has received, reviewed and responded to various and sundry motions for relief under the automatic stay. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 10.2 | $ 4,335.00 |
| Katherine O. Cheney | $315.00 | 28.2 | $ 8,883.00 |
| | | **Total** | $13,218.00 |

(c) Meetings and Communications with Creditors and Other Parties

Under this category, Applicant gathered and provided information and has communicated with creditors on behalf of the Debtors' estates, responded to creditor inquiries and communicated to various third parties and their counsel with regard to queries on the sale and purchase of property, provision of supplemental professional services, interests in financing and various other investment opportunities. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 122.3 | $51,977.50 |
| | | **Total** | $51,977.50 |

(d) Assumption and Rejection of Non-Residential Property Leases

Under this category, Application has dealt with a myriad of unique and complicated issues related to the estates non-residential real property leases. This includes documentation requests, legal research and analysis relative to assignments and responding to periodic and systemic, ongoing and perpetual inquiries from various landlords and their counsel. This has also included meeting with the Debtors, assisting in lease analysis and filing multiple motions to reject leases. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 102.6 | $43,605.00 |
| Katherine O. Cheney | $315.00 | 55 | $17,325.00 |
| | **Total** | | $60,930.00 |

(e) Debtors' Operations

Under this category, Applicant has provided legal advice to the estates in connection and in conjunction with the Debtors' ongoing operations and legal issues that have arisen in order to keep the Debtors' business operations functional and without interruption. This has included vendor, creditor and supply issues. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 67.8 | $28,815.00 |
| | **Total** | | $28,815.00 |

(f) Tax Issues

Under this category, Applicant has dealt with several issues raised by taxing authorities concerning ongoing operations. These inquiries have been party specific to these Debtor entities. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 4.9 | $ 2,082.50 |
| | **Total** | | $ 2,082.50 |

(g)  Bankruptcy Related Advice

Under this category, Applicant has met with and strategized with the Debtors with regard to operational constraints imposed by bankruptcy law and how those constraints may affect current, as well as future operations. Applicant has counseled and advised the Debtors on lease structure issues, executory contract issues, franchise related issues, and requirements of contract assumptions. Applicant has worked through reorganization concepts of sale, financing and investment, and how these alternatives could be implemented through a plan of reorganization. Applicant has worked with Debtors and various third parties to explore and develop these alternatives. Applicant has responded to various general and specific questions about the reorganization process. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 122.8 | $52,190.00 |
| Katherine O. Cheney | $315.00 | 3.8 | $ 1,197.00 |
| | **Total** | | $53,387.00 |

(h)  Fee and Employment Applications

Under this category, the Applicant has prepared and filed appropriate papers and disclosures for the employment of professionals in accordance with the requirements of the bankruptcy code and the operating guidelines of the United States Trustee. The Applicant has also prepared the subject First and Final Fee Application. In connection with this subject area, Applicant has expended a total of:

| Professional | Hourly Rate | Total Hours | Total |
|---|---|---|---|
| Philip G. Mitchell | $425.00 | 18.4 | $ 7,820.00 |
| | **Total** | | $ 7,820.00 |

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

(i) Summary of Costs

The costs for which Applicant seeks reimbursement total $2,693.39. These costs consist almost entirely of photocopying and mailing expenses.

## EVALUATING STANDARDS

The fees billed by Applicant to the Debtors for professional services rendered during the representation total $286,439.00. In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rates for the professionals involved.

Applicants respectfully submit that the services performed to maintain the operations of the Debtors' businesses to the benefit of the Debtors and the Debtors estates. Applicant further submit that the results were achieved as a consequence of Applicant's professional skills and diligence in providing services to the Debtors and their estates and that the services in question were provided in a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the results obtained by Applicant within the time frame of this Application and the rates charged by the Applicant for the services performed, the compensation requested is reasonable based on the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases.

## PRAYER FOR RELIEF/CONCLUSION

Based upon the foregoing, The Cavanagh Law Firm respectfully requests this Court to enter its order allowing and approving:

A. Final Compensation for professional services rendered to Debtors as attorneys in the sum of $286,439.00;

B. Final Reimbursement of $2,693.39 for actual and necessary expenses which Applicant has incurred and paid during the representation in connection with the rendering of such professional services, for a total of $289,132.39 in compensation;

C. Allowing immediate offset and payment of fees and costs from funds held

on pre-petition retainer.

D.   For such other and further relief as the Court deems just and proper under the circumstances.

RESPECFULLY SUBMITTED this 25th day of November, 2015.

THE CAVANAGH LAW FIRM, P.A.

By: _____
Philip G. Mitchell
Attorneys for Debtors

COPY of the foregoing mailed this
25th day of November, 2015, to:

Larry L. Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, Arizona 85003-1706

P. Gregg Curry
Navigant Consulting, Inc.
Collier Center
201 E. Washington St., Ste. 1700
Phoenix, Arizona 85004
Chapter 11 Trustee

Justin A. Sabin
Bryce A. Suzuki
Bryan Cave, LLP
2 N. Central Ave., Ste. 2200
Phoenix, Arizona 85004
Attorneys for Chapter 11 Trustee

_____