# THE CAVANAGH LAW FIRM
86-0960547

November 25, 2015

Frontier Star, LLC / Bankruptcy
File No: 50389-0001

    PGM    SUMMARY OF SERVICES BY TASK:

|  | THIS BILLING PERIOD | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- |
|  | HOURS | AMOUNT | HOURS | AMOUNT |
| Bankruptcy Codes | | | | |
| B110 Case Administration | 67.0 | 26,350.00 | 67.0 | 26,350.00 |
| B140 Relief from Stay | 4.4 | 1,870.00 | 4.4 | 1,870.00 |
| B150 Meetings of and Communic | 61.6 | 26,180.00 | 61.6 | 26,180.00 |
| B160 Fee/Employment Applicati | 9.0 | 3,825.00 | 9.0 | 3,825.00 |
| B185 Assumption/Rejection of | 59.5 | 25,287.50 | 59.5 | 25,287.50 |
| B200 Operations | 32.3 | 13,727.50 | 32.3 | 13,727.50 |
| B240 Tax Issues | 1.6 | 680.00 | 1.6 | 680.00 |
| B400 Bankruptcy Related Advic | 53.0 | 22,525.00 | 53.0 | 22,525.00 |

# THE CAVANAGH LAW FIRM
## 86-0960547

November 25, 2015

Frontier Star CJ, LLC / Bankruptcy
File No: 50390-0001


      PGM     SUMMARY OF SERVICES BY TASK:

|  | THIS BILLING PERIOD | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- |
|  | HOURS | AMOUNT | HOURS | AMOUNT |
| Bankruptcy Codes | | | | |
| B110 Case Administration | 67.1 | 26,392.50 | 67.1 | 26,392.50 |
| B140 Relief from Stay | 5.8 | 2,465.00 | 5.8 | 2,465.00 |
| B150 Meetings of and Communic | 60.7 | 25,797.50 | 60.7 | 25,797.50 |
| B160 Fee/Employment Applicati | 9.4 | 3,995.00 | 9.4 | 3,995.00 |
| B185 Assumption/Rejection of | 43.1 | 18,317.50 | 43.1 | 18,317.50 |
| B200 Operations | 35.5 | 15,087.50 | 35.5 | 15,087.50 |
| B240 Tax Issues | 3.3 | 1,402.50 | 3.3 | 1,402.50 |
| B400 Bankruptcy Related Advic | 69.8 | 29,665.00 | 69.8 | 29,665.00 |

# THE CAVANAGH LAW FIRM
86-0960547

November 25, 2015

Frontier Star, LLC / Bankruptcy
File No: 50389-0001

KOC    SUMMARY OF SERVICES BY TASK:

|  | THIS BILLING PERIOD | | CUMULATIVE TOTALS | |
| --- | --- | --- | --- | --- |
|  | HOURS | AMOUNT | HOURS | AMOUNT |
| Bankruptcy Codes | | | | |
| B110 Case Administration | 22.7 | 7,150.50 | 22.7 | 7,150.50 |
| B140 Relief from Stay | 5.0 | 1,575.00 | 5.0 | 1,575.00 |
| B185 Assumption/Rejection of | 30.3 | 9,544.50 | 30.3 | 9,544.50 |
| B400 Bankruptcy Related Advic | 1.9 | 598.50 | 1.9 | 598.50 |

# THE CAVANAGH LAW FIRM
86-0960547

November 25, 2015

Frontier Star CJ, LLC / Bankruptcy
File No: 50390-0001

    KOC    SUMMARY OF SERVICES BY TASK:

|  | THIS BILLING PERIOD | | CUMULATIVE TOTALS | |
|---|---|---|---|---|
|  | HOURS | AMOUNT | HOURS | AMOUNT |
| Bankruptcy Codes | | | | |
| B110 Case Administration | 26.4 | 8,316.00 | 26.4 | 8,316.00 |
| B140 Relief from Stay | 23.2 | 7,308.00 | 23.2 | 7,308.00 |
| B185 Assumption/Rejection of | 24.7 | 7,780.50 | 24.7 | 7,780.50 |
| B400 Bankruptcy Related Advic | 1.9 | 598.50 | 1.9 | 598.50 |